1   David C. Kiernan (State Bar No. 215335)
    dkiernan@JonesDay.com
2   Craig E. Stewart (State Bar No. 129530)
    cestewart@JonesDay.com
3   Hilary A. Soloff (State Bar No. 314727)
    hsoloff@jonesday.com
4   JONES DAY
5   555 California Street, 26th Floor
    San Francisco, CA  94104
6   Telephone:   +1.415.626.3939
7   Facsimile:   +1.415.875.5700

8   Attorneys for Defendants
    FINISHMASTER, INC. AND UNI-SELECT INC.
9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13

| | |
|---|---|
| 14 NICOLOSI DISTRIBUTING, INC., | **Case No. 5:18-cv-03587-BLF** |
| 15 Plaintiff, | **STIPULATION AND [PROPOSED]** |
| 16 v. | **ORDER SETTING SCHEDULE FOR MOTION TO DISMISS AMENDED** |
| 17 FINISHMASTER, INC. AND UNI-SELECT, INC., | **COMPLAINT** |
| 18 | |
| 19 Defendants. | |

20

21      On October 9, 2018, the Court granted defendants' motion to dismiss with leave to amend.

22   ECF No. 49.  Plaintiff filed its Amended Complaint (ECF No. 50) on November 19, 2018.

23      Defendants intend to move to dismiss the Amended Complaint.  Under Federal Rule of

24   Civil Procedure 15(a)(3), defendants' motion is currently due on December 3, 2018.

25      Because of the approaching holiday season and counsel's conflicting time commitments,

26   defendants' counsel proposed to plaintiff's counsel that the parties agree to extend the due date

27   for defendants' motion and to set a briefing schedule suitable to each side.  Plaintiff's counsel was

28   agreeable to the schedule defendant's counsel proposed.

Stip. And [Proposed] Order re Mot. to Dismiss
5:18-cv-03587-BLF

1   The parties accordingly STIPULATE AND AGREE, subject to the Court's approval, to

2   the following schedule for defendants' anticipated motion to dismiss:

3       December 17, 2018 – Motion to dismiss due.

4       January 14, 2019 – Plaintiff's opposition due.

5       January 28, 2019 – Defendants' reply due.

6       Upon this Court's approval of this schedule, defendants will request that the clerk reserve

7   a hearing date for defendants' motion on the earliest available date for the Court to hear such a

8   motion.  Alternatively, the parties request that the Court specify a hearing date in its order

9   approving this stipulation.

10  Dated:  November 21, 2018              JONES DAY

11

12                                        By: /s/ Craig E. Stewart
                                              Craig E. Stewart

13
                                          Attorney for Defendants
14                                        FINISHMASTER, INC. and UNI-SELECT
                                          INC.
15

16  Dated:  November 21, 2018              FRANCK & ASSOCIATES

17

18                                        By: /s/ Herman Franck
                                              Herman Franck

19
                                          Counsel for Plaintiff
20                                        NICOLOSI DISTRIBUTING, INC.

21
        Pursuant to Local Rule 5-1(i)(3), I, Craig E. Stewart, attest that concurrence in filing this
22
    document has been obtained from the other signatory.
23

24

25

26

27

28

Stip. And [Proposed] Order re Mot. to Dismiss
5:18-cv-03587-BLF

1           PURSUANT TO STIPULATION, IT SO ORDERED.

2

3    Dated: _____, 2018

4                                       _____

                                    BETH LABSON FREEMAN
5                                        United States District Judge

6

7

8    NAI-1505581205v1

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                       Stip. And [Proposed] Order re Mot. to Dismiss
                                       5:18-cv-03587-BLF