1  Herman Franck, Esq. (SB #123476)
   Elizabeth Betowski, Esq. (SB #245772)
2  **FRANCK & ASSOCIATES**
   910 Florin Road, Suite 212
3  Sacramento, CA 95831
   Tel. (916) 447-8400; Fax (916) 447-0720
4
5  Attorneys for Plaintiff Nicolosi Distributing, Inc.

6                  UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8                                   Case No. 18-cv-03587-BLF

9                                   <u>SECOND AMENDED COMPLAINT</u> **FOR:**
   NICOLOSI DISTRIBUTING, INC.
10                                  **5. VIOLATION OF ROBINSON-PATMAN
             Plaintiff,            ACT, 15 U.S.C. SECTION 13(f)**
11
             v.                    **6. VIOLATION OF CALIFORNIA
12                                  BUSINESS & PROFESSIONS CODE
   FINISHMASTER, INC.,             SECTION 17045**
13
             Defendants           **DEMAND FOR JURY TRIAL**
14
15
16
17
18
19
20 Plaintiff Nicolosi Distributing, Inc. hereby alleges and states as follows:
21
22
23
24
25
26
27                                                                    1
   *Nicolosi v. FinishMaster*
28 Second Amended Complaint

# I.
# INTRODUCTION

1. This is a Complaint for: Violation of the Robinson-Patman Act, 15 U.S.C. Section 13(f) [knowing receipt of a discriminatory price]; and Violation of California Business and Professions Code section 17045 [receipt of secret rebate].

2. Defendant FinishMaster, Inc. ["FinishMaster"] and Nicolosi Distributing, Inc. ["Nicolosi"] are both distributors of automotive paint and auto body supplies to auto body shops throughout Nicolosi's reachable market area, which includes Santa Clara county, San Mateo County, San Francisco County, and Alameda County. Both Nicolosi and FinishMaster sell automotive collision supplies to auto body shops.

3. The product at issue in this action concerns automotive paint manufactured by Axalta Coating Systems, LLC ["Axalta"]. Nicolosi is a single-supply distributor of Axalta, meaning that Nicolosi does not offer any other paint lines except the Axalta line known as Spies Hecker. FinishMaster also sells the Axalta lines, in direct competition with Nicolosi.

4. Among the types of auto body shops at issue in this case are what plaintiff describes as the A-list Auto body shops. The A-list shops are typically with automobile dealerships, including those directly owned by the dealerships. Other examples of A-list body shops include independent shops certified by the dealerships, chain store autobody shops, and super-large autobody shops.

5.   The following facts and circumstances are given to describe the actual circumstances of the market at issue in this complaint.

6.   FinishMaster's parent company Uni-Select, Inc.'s annual reports for the period 2014-2017 show the campaign to buy up and retire exiting automotive paint distributorships during the same time period hey have offered up six-figure advance discount payments and deep price discounts in exchange for loyalty agreements requiring the A-list customers to purchase all paint and related non-paint products from FinishMaster. FinishMaster/non-party Uni-Select's purposes are stated expressly in its annual reports, quoted above. The reports note that the campaign is working really well. Buying-up all of their competitors and locking in A-list customers is described in a highly-successful business strategy. See Annual Reports for 2014, 2015, 2016, and 2017, quoted below. Plaintiff is not aware of FinishMaster contentions regarding any economic efficiencies brought about by their business strategy. On plaintiff's side, the program is unreasonable and violates the rule of reason, because the (1) Its conduct had an anticompetitive effect on the relevant market, and (2) Its conduct had no justification or competitive benefit.

7.   The annual reports admit and brag about these practices. See below-quoted excerpts of non-party Uni-Select's annual reports for 2014-2017, which include the following from the 2015 annual report [at page 7]:

"Besides the 3.3% organic growth recorded in 2015, this past year was also marked by a series of strategic accretive acquisitions for FinishMaster which culminated at the beginning of January 2016 with the acquisition of a 15-location business, ColorMaster Automotive Paint, Inc. We strengthened our presence in the states of Florida, California,

*Nicolosi v. FinishMaster*
Second Amended Complaint

North Carolina, Colorado, Illinois, Missouri, Texas, and Wisconsin, in addition to gaining a presence in Louisiana. This acquisition was completed with the objective to densify our geographical footprint, better support our customers in some specific areas, and overall enable us to further foster our leadership position in the U.S. automotive paint and related products sector."

8. Attached hereto as Exhibit A are excerpts of economic data regarding the automotive paint industry. The reports show that "the automotive coatings market is expected to reach $27.69 billion by 2022. Global automotive coatings market demand was 3,769.2 kilo tons in 2014 and is expected to exceed 5,000 kilo tons by 2022, growing at a CAGR of over 4.5% from 2015 to 2022." [https://www.coatingsworld.com/issues/2016-03-01/view_features/automotive-oem-coatings-market-\.].

9. The "Automotive Coatings Manufacturing - US Market Research Report" sample article [also attached hereto as part of Exhibit A at https://www.ibisworld.com/industry-trends/specialized-market-research-reports/industrial-machinery-gas-chemicals/industrial-chemicals/automotive-coatings-manufacturing.html summarizes that the Revenue in the Automotive coatings market for 2017 was $8bn; its annual growth was 2.0%; there was an employment of 10,348 people, and had 712 businesses.

10. According to non-party Uni-Select's 2017 Annual Report, at page 31, FinishMaster reported earnings results for the fourth quarter and nine months ending on December 31, 2017. For the quarter, the company recorded sales of $199.0 million, up 10.1% from the same quarter in 2016, supported by recent business acquisitions representing a growth of

$19.1 million or 10.6% and offsetting the impact of the product line changeover.
EBITDA was $19.6 million, compared to $21.7 million in 2016. For the year, the
company recorded sales of $814.6 million, up 8.2% from the same period in 2016,
strengthened by the recent business acquisitions, representing a growth of $113.8 million
or 15.1%. The product line changeover and the hurricanes impacted sales by
approximately 6.1%. EBITDA was $91.3 million compared to $93.4 million in 2016. For
2018, the company expects organic sales growth of 2.0% - 4.0%.

11. Non-party Uni-Select, Inc. ["Uni-Select"] is referenced herein as it is the parent/owner of
FinishMaster, Inc. FinishMaster, Inc. is a wholly-owned subsidiary of Uni-Select. Uni-
Select fully exploits the financial benefit of being a publicly-listed company, capable of
raising substantial sums of money on the Toronto Stock Exchange, and does so in part
with the intent of providing those stock market-raised funds to FinishMaster so that
FinishMaster may carry out the various distributor acquisitions/ retirements, and to fund
the up-front discounts to A-list collision centers. Uni-Select did its funding with full
knowledge that FinishMaster would use that financial power [e.g. $10 million to obtain a
further 10% discount; or, several hundred thousand dollars to go along with a co-funding
by Axalta of similar amounts]. This fact is alleged here as a statement about how this in
fact occurred.

12. The following facts are given to show the approximate chronology of FinishMaster's
process of buying up almost all of the Axalta paint distributors in California. It used to
show its market power as derived from its status as the largest customer of Axalta. It is

through wielding this market power that FinishMaster is able to exact, induce, and obtain

special deals from Axalta that nobody else gets.


13. The following is a list of paint manufacturers:

    a.  Axalta Coating Systems, LLC

    b.  BASF Corporation

    c.  PPG

    d.  Sherwin Williams

    e.  Akzo Noble Coatings, Inc.


14. Plaintiff has looked at the website of Axalta Coating Systems, LLC ["Axalta"], and could

not find statements in the website about where the automotive paint products offered by

Axalta are manufactured.


15. Plaintiff did, however, note the following

[http://www.axaltacs.com/corporate/en_US/products-and-customers/customers.html]:

"Axalta manufactures and sells a wide selection of liquid and powder coatings to

customers around the world in four markets. Axalta provides transportation coating

products and application systems used by original equipment manufacturers of light

vehicles and trucks in over 200 paint lines around the world. Axalta transportation

coatings also are found on many different types of commercial vehicles ranging from

medium and heavy duty trucks, buses and rail cars to utility trucks and agricultural,

construction and earthmoving equipment. Axalta is a global supplier of performance

coatings to body shops that serve the refinish and aftermarket. For a diverse group of general industrial customers, Axalta performance coatings are used on electrical equipment, architectural applications, many different vehicle components, and oil and gas pipelines."

16. See also http://www.axaltacs.com/corporate/en_US/sustainability.html:
"Our manufacturing facilities on five continents continually enhance their processes to minimize our impact on the environment."

17. The following is a list of Automotive Paint Distributors in the San Francisco Bay Area

    a.  Nicolosi Distributing, Inc. [Axalta]: www.nicolosidistributing.com:

    b.  FinishMaster, Inc. [Axalta; FM own brand]: http://www.finishmaster.com

    c.  San Leandro Color, San Leandro [Axalta]: http://www.sanleandrocolor.com/

    d.  Hayward Color [BASF; PPG], Hayward, CA: 590 W Harder Rd, Hayward, CA 94544

    e.  NAPA Auto Parts Cook's Automotive Service, San Jose: https://www.napaonline.com/en/ca/san-jose/store/27156

    f.  Industrial Finishes & Systems, Inc. [Concord and Fremont; BASF]: http://industrialfinishes.com/

    g.  East Bay Color Service, San Jose [BASF]: www.eastbaycolorservice.com

18. Recent acquisitions of FinishMaster of San Francisco Bay Area paint distributors:

a.  A. D'Angelo & Sons, Inc. [multi-line distributor with multiple stores throughout Southern California, and warehouse distributor; sold Axlata, BASF, PPG; FinishMaster's largest purchase];

b.  Annex Group, Inc. [multi-line distributor with multiple stores throughout SoCal, and warehouse distributor; sold Axlata, BASF, PPG]; Annex Santa Clara, in Santa Clara, and 13 other locations]; and

c.  City Paints, San Francisco [FinishMaster purchased in March 2016, as reported in non-party Uni-Select's 2016 annual report at page 9: "Acquisition of CPCO, Inc. – City Paints in San Francisco, California"].

19. Plaintiff is aware of the following further series of purchases by FinishMaster of substantially all of the primary medium to large automotive paint distributors formerly active in the San Francisco Bay Area:

a.  Thompson Lacquer, a significant multi location paint distributor, purchased by FinishMaster around 2003;

b.  San Carlos Paint Co., which owned four separate locations, purchased by FinishMaster around 2004;

c.  Santa Clara Color, which owned four or five separate locations, purchased by FinishMaster during 2003.

20. FinishMaster attempted to purchase the following automotive paint distributors:

a.  Nicolosi Distributing, Inc.;

b.  NAPA Auto Parts Cook's Automotive Service, San Jose [overture];

8

     c.   AV Auto Paints, Lancaster;

     d.   There may have been other attempted purchases that plaintiff is unaware of.

21. As a further method of doing business, and to induce the top auto body shops to become customers, FinishMaster regularly gifts to the auto body shop managers and other employees large sums of money from a stated entertainment expense account. The kinds of dollars coming out of that expense account are known by plaintiff through discussions with witnesses to be far above typical corporate entertainment expenses, and are often given directly to auto body shop employees such as a manager. The amounts can be in the range of $200,000 in what amount to secret payments to auto body shop managers and other employees.

22. One further example of the anti-competitive nature of this discriminatory discount and co funding of up-front monies is that approximately four months ago, January/February 2019, a giant auto body chain, Caliber Collision Center, committed to giving 100% of its business to FinishMaster. There are 32 Caliber auto body shops in a 50-mile radius of San Carlos, CA, where Nicolosi is based. This number is confirmed through actual use of the Caliber Collision website's store locator function, https://calibercollision.com/locate-a-caliber-collision-center. Nicolosi is unable to sell any paint products to this entity because it is all sewn up in a deal with FinishMaster. The following description is taken from Caliber collisions' website: "Caliber Collision Centers is the largest collision repair company in America with 600 I-CAR Gold Class Professional certified collision repair centers across 19 states."

*Nicolosi v. FinishMaster*
Second Amended Complaint

23. Since the January 31, 2017 purchase by FinishMaster of A. D'Angelos and Sons, Inc., plaintiff suffered damages as a result of defendant's violation of the Robinson-Patman Act [knowing receipt of discriminatory price], and California Business & Professions Code section 17045 [receipt of secret rebate].

## II.
## JURISDICTION AND VENUE

24. Jurisdiction in the United States District Court is based on federal question subject matter jurisdiction, 28 U.S.C. Section 1331 (claim for relief for violation of the Robinson-Patman Act, 15 USC section 13, knowing receipt of discriminatory prices).

25. The Court has Supplemental Jurisdiction over the California state law claims under 28 USC section 1367 (claim for relief for violation of California Business & Professions section 17045, secret rebates).

26. Venue in the Northern District of California is based on 28 U.S.C. § 1391(b) on the basis that a substantial amount of the damages and occurrences complained of herein occurred and arose in the Northern District of California [San Mateo County, California].

### III.
### PARTIES

27. Nicolosi Distributing, Inc. ["Nicolosi"/ "Plaintiff"] is a California corporation with a primary place of business in San Carlos, California. Nicolosi is a distributor of automotive paint and autobody supplies, and is a direct competitor of FinishMaster, Inc. Nicolosi sells to auto body shops throughout the San Francisco Bay Area, primarily in San Mateo and Santa Clara counties. Nicolosi sells and distributes paint products, sandpaper products, tape products and other related products to autobody shops.

28. FinishMaster, Inc. ["FinishMaster"/ "Defendant"] is an Indiana Corporation with a principal place of business in Indianapolis, Indiana. FinishMaster is a distributor of automotive paint and auto body supplies, and it is a direct competitor of Nicolosi. FinishMaster is a nationwide distributor selling to autobody shops throughout the USA and also in the San Francisco Bay Area.

29. Non-party Uni-Select, Inc. ["Uni-Select"] has been dismissed from the case pursuant to the Court's April 10, 2019 Order Granting Defendants' Motion to Dismiss the First Amended Complaint with Leave to Amend in Part and Without Leave to Amend in part. Plaintiff does so without waiver of any of its appellate rights as to Uni-Select, Inc.

## IV.
## FIRST CLAIM FOR RELIEF FOR VIOLATION OF SECTION 1 OF THE SHERMAN ACT [15 USC section 1] FOR ENTERING INTO AGREEMENTS IN RESTRAINT OF TRADE; USING MARKET POWER TO GIVE CUSTOMER LOYALTY DISCOUNTS THAT UNREASONABLY RESTRAIN TRADE
### [Against all Defendants]

30. This claim for relief has been dismissed from the case pursuant to the Court's April 10, 2019 Order Granting Defendants' Motion to Dismiss the First Amended Complaint with Leave to Amend in Part and Without Leave to Amend in part. Plaintiff does so without waive of any of its appellate rights as to this claim for relief.

## V.
## SECOND CLAIM FOR RELIEF FOR VIOLATION OF SECTION 2 OF THE SHERMAN ACT FOR ATTEMPTED MONOPOLIZATION OF THE AUTOMOTIVE PAINT AND SUPPLY SUBMARKET OF SELLING TO A-LIST AUTO BODY SHOPS
### [Against all Defendants]

31. This claim for relief has been dismissed from the case pursuant to the Court's April 10, 2019 Order Granting Defendants' Motion to Dismiss the First Amended Complaint with Leave to Amend in Part and Without Leave to Amend in part. Plaintiff does so without waive of any of its appellate rights as to this claim for relief.

*Nicolosi v. FinishMaster*
Second Amended Complaint

12

## VI.
## THIRD CLAIM FOR RELIEF FOR VIOLATION OF CALIFORNIA BUSINESS AND PROFESSIONS CODE SECTIONS 16726 AND 16720 FOR ENTERING INTO AGREEMENTS IN RESTRAINT OF TRADE; USING MARKET POWER TO GIVE CUSTOMER LOYALTY DISCOUNTS THAT UNREASONABLY RESTRAIN TRADE; ATTEMPTED MONOPOLIZATION OF THE AUTOMOTIVE PAINT AND SUPPLY SUB-MARKET OF SELLING TO A-LIST AUTO BODY SHOPS
### [Against all Defendants]

32. This claim for relief has been dismissed from the case pursuant to the Court's April 10, 2019 Order Granting Defendants' Motion to Dismiss the First Amended Complaint with Leave to Amend in Part and Without Leave to Amend in part. Plaintiff does so without waive of any of its appellate rights as to this claim for relief.

## VII.
## FOURTH CLAIM FOR RELIEF FOR VIOLATION OF CLAIFORNIA BUSINESS & PROFESSIONS CODE SECTION 17200
### [Against all Defendants]

33. This claim for relief has been dismissed from the case pursuant to the Court's April 10, 2019 Order Granting Defendants' Motion to Dismiss the First Amended Complaint with Leave to Amend in Part and Without Leave to Amend in part. Plaintiff does so without waive of any of its appellate rights as to this claim for relief.

**VIII.**
**FIFTH CLAIM FOR RELIEF FOR VIOLATION OF THE ROBINSON-PATMAN ACT,**
**15 U.S.C. SECTION 13(f)**
**[Against FinishMaster, Inc.]**

34. This is a Fifth Claim for Relief for violation of the Robinson-Patman Act, 15 USC section 13(f) by plaintiff Nicolosi Distributing, Inc. against Defendant FinishMaster, Inc. Uni-select is not a party to this claim.

35. The allegations of paragraphs 1-33 are incorporated herein as though set forth in full.

36. Since the January 31, 2017 purchase by FinishMaster of A. D'Angelos' and Sons, Inc., plaintiff suffered damages as a result of defendant's violation of the Robinson-Patman Act [knowing receipt of discriminatory price], and California Business & Professions Code section 17045 [receipt of secret rebate].

37. 15 U.S.C. section 13(f) states: "It shall be unlawful for <u>any person</u> engaged in commerce, in the course of such commerce, knowingly to induce or receive a discrimination in price which is prohibited by this section."

38. Information about the Robinson Patman Act is summarized in the attached publication by the United States Federal Trade Commission [https://www.ftc.gov/tips-advice/competition-guidance/guide-antitrust-laws/price-discrimination-robinson-patman]. Note that the FTC statement says:

"Under certain circumstances, a buyer who benefits from the discrimination may also be found to have violated the Act, along with the seller who grants the discrimination, if the buyer forced, or "induced," the seller to grant a discriminatory price."

39. Liability under section 2(a) of the Act requires a showing that sales involve:

- discrimination in price;
- on at least two consummated sales;
- from the same seller;
- to two different purchasers;
- sales must cross state lines;
- sales must be contemporaneous;
- of "commodities" of like grade and quality;
- sold for "use, consumption, or resale" within the United States; and
- the effect may be "substantially to lessen competition or tend to create a monopoly in any line of commerce."

40. The discriminatory pricing complained of involves two prongs: 1) FinishMaster receives large up-front discounts; and 2) FinishMaster receives a 10% discount if it completes $10 million in purchases.

41. Other examples of price discounts available to FinishMaster on a discriminatory basis:

    a.  Axalta will provide a matching component of the up-front monies provided by FinishMaster, resulting in a split of those up-front monies by Axalta and FinishMaster

15

b. Plaintiff is not privy to the business policies or strategies resulting in the actual ratio of the split, and does not know if the ratio is the same across all body shops.

42. This up-front money given by Axalta constitutes a sharing of the up-front discount money in significant six-figure dollar amounts, that are not also offered up or provided to NDI and/or the other remaining smaller distributors such as San Leandro Color, and Cook's Napa. FinishMaster knowingly induces and receives this up-front discount sharing from Axalta, knowing that they are not given to others such as Nicolosi, distributing, Inc., San Leandro Color and Cook's Napa.

43. Similarly, Axalta Coating system, the paint manufacturer knew that it did not offer the $10 million additional discount program to smaller distributors like Nicolosi, San Leandro, and Cook's Napa.

44. Similarly, Axalta knew that it did not give its up-front discount sharing program of giving huge six-figure amounts to add to the amount given up front by FinishMaster, to other smaller distributors such as Nicolosi, San Leandro, and Cook's Napa.

45. Nicolosi knows this fact, because the $10 million discount program and/or the large six-figure up-front discount sharing program has not been offered or given to Nicolosi on like terms and conditions. Nicolosi has been in deals in which Axalta provides up-front monies of much smaller amounts than the huge amounts Axalta provides for FinishMaster's deals with A-list auto body shops in the SF Bay area, and elsewhere as a general pattern and practice. As stated by FinishMaster's able counsel, Mr. Craig Stewart

16

to Nicolosi's counsel Herman Franck, concerning the various business facts alleged in the initial complaint, "Isn't this just the way it is?"

46. Plaintiff previously filed a motion to admit the anonymous letter [Exhibit B hereto] into evidence during the preliminary injunction proceedings. Its claim was that the facts stated in the letter could be similarly confirmed by FinishMaster's counsel, or denied, as the case may be. To this date, plaintiff has not received from FinishMaster or its counsel ether a confirmation or a denial of the facts stated in the anonymous letter.

47. FinishMaster, Inc. is a wholly-owned subsidiary of non-party Uni-Select. Uni-Select fully exploits the financial benefit of being a publicly-listed company, capable of raising substantial sums of money on the Toronto Stock Exchange, and does so in part with the intent of providing those stock market-raised funds to FinishMaster so that FinishMaster may carry out the various distributor acquisitions/ retirements, and to fund the up-front discounts to A-list collision centers.

48. Non-party Uni-Select's direct participation in this scheme has by design created a super-distributor named FinishMaster that is able to wrangle and induce discriminatory price discount and upfront price discount sharing schemes from Axalta that smaller distributors like Nicolosi, San Leandro, and Cook's Napa do not receive.

49. It is because of FinishMaster's huge size, brought about by non-party Uni-Select's own conduct that FinishMaster is able to receive these special discounts from Axalta.

*Nicolosi v. FinishMaster*
Second Amended Complaint

17

50. The up-front monies are provided through arrangement between the paint manufacturer and the distributor. One of the exploitations of FinishMaster's unlawful restraints of trade/exclusive dealings contract is to tie up not only the paint purchases that are the subject of the up-front funding, but to also tie up the non-paint supplies as a bundled-up A-Z exclusive supplier of virtually any supplies an auto body shop needs.

51. FinishMaster is exploiting its market position in paint, and their capabilities of providing huge up front advanced paid deep discounts, to also tie up non-paint supplies such as sandpaper, tape and masking paper. These allied products are used in the auto refinishing process, and are the subject of express exclusive dealing agreements between FinishMaster and A-list auto body shops.

52. An example of the exclusive dealing provisions is set forth here, from an actual September 1, 2015 FinishMaster contract with A-list auto body shop Automotive Collision Repair ["ACR"], located in Oakland, CA. ACR is certified by Audi, VW and Infiniti, and is sponsored by Audi, VW and Infiniti dealerships as being the local certified shop of choice. The dealerships regularly refer auto collision work to ACR. As a result, ACR requires large volumes of paint supplies. The actual copy of the contract is not attached hereto as it has confidential aspects. Of note here is the express provision of an exclusive dealing arrangement: "During the Term, Customer shall purchase 100% of its paint and material requirements exclusively from jobber."

53. In the example of the ACR-Axalta-FinishMaster deal, the agreement does not specify how much Axalta put up and/or how much FinishMaster put up towards the upfront monies. We do know that at some point, Axalta assigned its interest in the contract in full to FinishMaster. We know this because ACR was attempting to get out of the contract by paying off FinishMaster it's upfront payment amount, and then transferring its buying t a different auto supply paint company called San Leandro Paint Company. This attempt to leave FinishMaster was successfully blocked by FinishMaster when it announced to ACR, with the concurrence by Axalta, that FinishMaster owned 100% of the contract rights, and that in order for ACR to leave the contract, it would have to pay the entire up-front sum, minus a pro rata reduction for the amount of the contract that had already been performed. The time period of these discussions between ACR, FinishMaster, and Axalta was July – August 2018.

54. ACR was told by Axalta representatives that as of July/August 2018, FinishMaster owned 100% of the contract, and that if ACR wanted out of the contract, it would have to take care of FnishMaster, e.g. pay all of the up-front monies owed to Axalta.

55. In the particulars of this case, FinishMaster will be unable to make such a claim of enhanced interbrand competition because FinishMaster has a well-earned reputation as being a super large distributor that does not provide reliable timely and effective technical service. Instead, Axalta, the paint manufacturer, provides reliable, timely, and effective technical service. Axalta has teams of people that can, and do when asked, get dispatched to an autobody shop's place of business and trouble shoot and solve technical issues that arise in the process of painting cars. In the example of the ACR autobody shop

*Nicolosi v. FinishMaster*
Second Amended Complaint

in Oakland, Axalta brought an impressive team forward and solved some major technical problems the autobody shop was having with BASF paints, and convinced the ACR to switch lines to Axalta.

56. FinishMaster does not provide this kind of service in a timely, reliable and effective manner.  Thus, the FinishMaster restraints are all about restraining trade, and none about providing market efficiencies, Interbrand competition through the funding and provision of services, or other business offerings that would somehow enhance Interbrand competition. What the restraints in this case do is keep all the business to FinishMaster, and that's it. Under the rule of reason analysis, there is a big negative in the balance of restraining trade, and not much of a positive in terms of other services or business offerings that enhance interbrand competition.

57. Plaintiff recently was sent a letter by an unidentified writer claiming to be in the know, about a further circumstance that bears on the legality of defendant's conduct:

> "Having worked with DuPont and Axalta for many years, now retired, I believe the lawsuit that independent distributors have against the paint companies is that Axalta is offering large discounts and rebates to national Distributors like FinishMaster, Wesco, etc. to get to their monthly number. This is on top of all of the other truckload discounts, etc. that are available to all Distributors….
>
> The calls go like this: If you place and [sic] order for $10 million and it ships by month-end, you will receive and [sic] extra 10% discount. That is a big

20

differentiator that is not available to all Distributors. They then take that money and put independent distributors out of business."

58. A copy of the letter and the envelope the letter came in has been attached as Exhibit B thereto.

59. Nicolosi believes that it knows the author of the anonymous letter, Exhibit B hereto. The author is a former high-ranking official from Axalta, who is an eyewitness/earwitness to the actual phone calls whereby the special 10% off on $10 million in purchases was offered to FinishMaster.

60. Nicolosi was never offered the 10% off of $10 million in purchases discount program.

61. From the period January 31, 2017 and continuing through to the present, Axalta provided only FinishMaster with the above-described discount programs. It does not provide those discount programs to other distributors/jobbers who sell in the Northern California, San Francisco Bay Area, including Nicolosi Distributing, Inc.

62. There was a time when Axalta gave the other large paint and autobody supply distributors in California the same 10% off on $10 million purchases, and the co-funding of multiple six figure up-front payments to auto body shops. During this time period, plaintiff acknowledges that others (Annex Group and A. D'Angelos & Sons) received similar deals, and thus claims the deals are discriminatory for the period after FinishMaster

*Nicolosi v. FinishMaster*
Second Amended Complaint

21

bought up Annex Group and D'Angelos. The dates of those acquisitions are: Annex Group: April 4, 2016; and A. D'Angelos & Sons: January 31, 2017.

63. Annex Group and D'Angelos are in the category of large distributorships that could effectively compete with FinishMaster because they got similar deals. Once FinishMaster bought them up, FinishMaster became the only distributor that received those deals. FinishMaster is fully aware of this fact because of its expert level knowledge of what distributors are left in California, and because it knows that the small ones such as Nicolosi Distributing don't qualify for these deals.

64. FinishMaster thus knows it is the only one receiving these deals, because it bought up the only other two companies that were also receiving approximately the same deals.

65. Accordingly, plaintiff starts this claim during the period January 31, 2017) (the date of the D'Angelos' acquisition). By this date, FinishMaster had purchased and eliminated both Annex Group and D'Angelos from the market.

66. Had plaintiff been offered these similar deals, it would have found a way through installment purchases from Axalta and large auto body shops to accept these deals.

67. One further example of the anti-competitive nature of this discriminatory discount and co funding of up-front monies is that approximately four months ago, January/February 2019, a giant auto body chain, Caliber Collision Center, committed to giving 100% of its business to FinishMaster. There are 32 Caliber auto body shops in a 50-mile radius of

San Carlos, CA, where Nicolosi is based. This number is confirmed through actual use of the Caliber Collision website's store locator function, https://calibercollision.com/locate-a-caliber-collision-center. Nicolosi is unable to sell any paint products to this entity because it is all sewn up in a deal with FinishMaster. The following description is taken from Caliber collisions' website: "Caliber Collision Centers is the largest collision repair company in America with 600 I-CAR Gold Class Professional certified collision repair centers across 19 states."

68. Plaintiff also notes that there is no functional discount about the 10%-$10 million dollar deal. It is done with the purpose of booking revenues. That is the stated and real purpose, nothing more nothing less. It is not about economic efficiencies, logistical advantages, service advantages; instead it is about FinishMaster's needs to please its stockholders with robust revenue reports.

69. Nicolosi Distributing is on a week-by-week, month-by month continuous basis, always purchasing paint from paint manufacturer Axalta, delivered by Axalta to Nicolosi Distributing in San Carlos, CA and/or San Jose, CA. these purchases by Nicolosi are concurrent in time to Axalta's practice of providing FinishMaster only with the above-described discount programs.

70. At the same time Axalta was offering these discount programs, Nicolosi was also buying paint and related supplies from Axalta.

*Nicolosi v. FinishMaster*
Second Amended Complaint

23

71. When Nicolosi Distributing concurrently purchased its paint items from Axalta, it did so without receiving the discount programs described above.

72. FinishMaster had actual knowledge that Axalta provided the above-described discount programs to FinishMaster only, and did not provide those discount programs to other jobbers/distributors selling in the Northern California San Francisco Bay Area such as Nicolosi.

73. For the period January 31, 2017 up to and continuing through to the present, FinishMaster knows this because whenever it made/makes a presentation/offer of huge amounts of up-front monies [$500,000 and above], and huge resultant price discounts, there are no other companies presenting competing offers that include such huge levels of up-front monies and price discounts.

74. FinishMaster thus knows it is the only one receiving these deals because it bought up the only other two companies that were also receiving approximately the same deals.

75. FinishMaster knows it is the only jobber/distributor receiving these discount programs, because there are no other even remotely similar offerors other than FinishMaster. FinishMaster has acquired specialized knowledge of the details of all aspects of the auto body collision repair supply industry, and knows that there are no other jobbers/distributors that are able to or do make offers of huge up-front cash payments [$500K and above] and resultant deep price discounts.

76. FinishMaster further knew because of the nature of the information given to it by Axalta and as described above [in Exhibit B]. To paint a picture of a need for a rush deal to meet accounting reporting deadlines; with an offer-to-acceptance time of a matter of a few days at most; the hurried circumstance; the large volume requirement, the stated purpose of the special offer [to book revenues]; the fact that FinishMaster possesses expert knowledge of all facets of auto body collision repair industry; and knows that there is as far as FinishMaster would imagine, there is no other distributor who could immediately agree to purchase $10 million in products; all constitute direct and circumstantial facts and evidence that show FinishMaster had actual knowledge it was the only company receiving this special 10% for $10 million in purchases program. Plaintiff believes that the person within FinishMaster with actual knowledge would include its Chief Financial Officer Travis Trott.

77. According to the reporting cycle information that plaintiff has located, it appears that Axalta's reporting cycles end on the following days of each year: March 31, June 30, September 30, and December 31.

78. The reporting dates are noted because the special discount was given just before all or some of the reporting cycles dates.

79. The practice of Axalta providing and matching huge upfront payments to auto body shops occurs year-round. Even after the monies are given, they are still subject to a practice wherein the body shop is permitted to leave the contract if up-front payments are paid back, minus a proportionate amount equal to the percentage of contract completion

25

on the date of cancellation of the Axalta-auto body contract. FinishMaster has a similar practice.

80. Competition has been injured as a result of defendant's actions, because the discriminatory discounts are part and parcel to FinishMaster's scheme secure these exclusive supply agreements and foreclose all other distributors from selling to A-list auto body shops.

81. This pattern of conduct by FinishMaster is part and parcel to an overall pattern of consolidation of distributors into what is now becoming several super-big distributors [nationwide revenues in the hundreds of millions], and some smaller local or regional distributors.  Nicolosi Distributing Inc. is an example of a smaller regional distributor and sells paint and auto supplies in the San Francisco Bay Area.

82. The strategy to buy up existing distributors and then retire them pursuant to a succession plan, is more or less stated in writing, right in non-party Uni-Select's Annual Report [quoted above].

83. The allegations of the involved substantial volume of commerce, and concerning interstate commerce are as follows:

84. FinishMaster has a central warehouse distribution facility in the Indianapolis, Indiana, where it also has its headquarters. In the ordinary course of business, FinishMaster received paint shipments from Axalta [headquarters in Pennsylvania and factories in

26

Pennsylvania]. That same paint is later shipped out to its various local stores, including its locations in the San Francisco Bay Area.

85. Axalta ships from its factories in Pennsylvania and elsewhere to its own distribution facility in Reno, Nevada. It is from Reno, Nevada that plaintiff regularly receives its paint from Axalta. Axalta's Reno distribution plant is also used to shipped to FinishMaster's Bay Area locations.

86. Similarly, sandpaper and other 3M products come from 3M Corporation, which has headquarters in Minnesota, and regional distribution centers throughout the United States.

87. Nicolosi Distributing, Inc. has never been offered this $10 million discount program.

88. The letter [Exhibit B] shows further illegal conduct in the form of knowing inducement and receipt of a discriminatory price discount, a violation of the Robinson Patman Act, 15 USC Section 13(f).

89. Defendant's conduct in violation of section 13(f) of the Robinson-Patman Act was a substantial factor in causing actual injury and damage to Nicolosi Distributing, Inc., in that the discriminatory price program and up-front discount sharing program has substantially contributed to Nicolosi's ability to enter into and compete in the market of A-list auto body shops in the San Francisco Bay Area.

90. Plaintiff claims damages in an amount according to proof, but believed to exceed $27 million revenue per year, from January 31, 2017 up to and including the time of trial. In the alternative, plaintiff requests damages equal to the difference between the discounts offered and given to FinishMaster, and discounts offered and given to Nicolosi in an amount according to proof.

91. As a result of defendants' conduct, Nicolosi Distributing, Inc. has suffered damages in that its business would be approximately three times the size without the restraints caused by defendants' conduct; this is calculated as $9 million [less than 10 million] [current revenue] plus $18 million = $27 million revenue per year.

92. If FinishMaster had not engaged in the conduct described above, that it would have been able to catch business from many A-List autobody shops, to the point where plaintiff's revenues would approximately triple in size, from a bit below $10 million to a bit below $30 million, or such other amount according to proof.

93. Nicolosi further suffered a harm of loss of revenues of approximately $18 million per years since January 31, 2017, or $36 million [18 million x 2].

94. In the alternative, Nicolosi has been substantially harmed by defendants' conduct in terms of lost profits that would have been earned on those lost revenues of approximately: $7.2 million [assuming 20% profit: $36 million x. 0.2 = $7.2 million].

95. Plaintiff is entitled to treble damages are available under 15 USC section 15 as follows:

  a. Lost revenue: $36 million x 3 = $108 Million

  b. Lost profits: $7.2 million x 3 = $21.6 million

96. Plaintiff will and continues to suffer irreparable harm from the above described conduct, which if permitted to continue will leave Plaintiff without an adequate remedy at law. The conduct, if allowed to continue, will also tend to make a judgment ineffectual.

97. Plaintiff requests injunctive relief pursuant to 15 U.S.C. section 26 as follows:

  a. Plaintiff request that the Court exercise its equitable powers to issue appropriate injunctive relief requiring defendants to cease from doing, attempting to do, and or enforcing any of the restraints of trade and other unlawful trade practices, including without limitation requiring defendant FinishMaster from offering or paying large, six-figure up-front payments subject to exclusive supply agreements; and to require them to stop the offering or giving of these large up-front payments.

  b. An injunction requiring FinishMaster to take appropriate steps to open competition in some substantial part of the submarket being monopolized here for competition, which plaintiff submits should take the form of allowing about 25% of this A -list auto body shop business to go to non-FinishMaster suppliers such as Plaintiff or other non-FinishMaster distributors, or such other injunctive or equitable relief as the Court deems just and appropriate.

  c. An injunction requiring FinishMaster to permit auto body shops to purchase its supplies from Nicolosi or other jobbers. If the shop wishes to do so, it may than

may do so without penalty to the shop and/or Nicolosi. This solution is offered up as plaintiff's version of a pro-competitive counterweight to the restraints of trade intrinsic in the express, written exclusive supply contracts between FinishMaster and its A-list auto body shops.

    d. Further injunction requiring FinishMaster to stop inducing Axalta into providing FinishMaster with the discriminatory $10 million purchase prices discount; and the sharing of the huge six-figure up-front advance discounts to auto body shops.

    e. Any other injunctive and other equitable relief as the court deems just and appropriate.

98. Plaintiff has had to retain an attorney for this action and further requests attorney's fees according to 15 U.S.C. section 15 in an amount according to proof.

Wherefore plaintiff prays for relief as set forth below.

## IX.
### SIXTH CLAIM FOR RELIEF FOR VIOLATION FOR CALIFORNIA BUSINESS AND PROFESSIONS CODE SECTION 17045
### [Against FinishMaster, Inc.]

99. This is a Sixth Claim for Relief for violation of Business & Professions Code section 17045 against Defendant FinishMaster, Inc. Uni-select is not a party to this claim.

100.     The allegations of paragraphs 1-98 are incorporated herein as though set forth in full.

30

*Nicolosi v. FinishMaster*
Second Amended Complaint

101.     The allegation set forth in the fifth claim for relief for violation of the Robinson-Patman act are incorporated and referenced herein as further constituting a violation of California's Unfair Practices Act, Business & Professions Code section 17045, which provides: "The secret payment or allowance of rebates, refunds, commissions, or unearned discounts, whether in the form of money or otherwise, or secretly extending to certain purchasers special services or privileges not extended to all purchasers purchasing upon like terms and conditions, to the injury of a competitor and where such payment or allowance tends to destroy competition, is unlawful."

102.     The secret rebate/unearned discounts in violation of Business & Professions Code section 17045 involve two prongs: 1) FinishMaster receives large up-front discounts; and 2) FinishMaster receives a 10% discount if it completes $10 million in purchases.

103.     Other examples of secret rebates available to FinishMaster on a discriminatory basis:

    a.   Axalta will provide a matching component of the up-front monies provided by FinishMaster, resulting in a split of those up-front monies by Axalta and FinishMaster

    b.   Plaintiff is not privy to the business policies or strategies resulting in the actual ratio of the split, and does not know if the ratio is the same across all body shops.

104.     These discount programs, each and both, are secret in that they are available only to FinishMaster; and are the subject of further exclusive supply contracts between

*Nicolosi v. FinishMaster*
Second Amended Complaint

31

FinishMaster, Axlata, and the large A-list auto body shops/collision centers. All this is done under strict confidentiality provisions in the contracts.

105.    The special discounts, each and both further constitute unearned discounts, because FinishMaster does not do anything other than buy paint as it usually does from Axalta. FinishMaster regularly buys more than $10 million in paint.  There is no functional justification for these discounts. The stated purpose by Axalta was to book revenues.

106.    Nicolosi knows this fact, because the $10 million discount program and/or the large six-figure up-front discount sharing program has not been offered or given to Nicolosi on like terms and conditions. Nicolosi has been in deals in which Axalta provides up-front monies of much smaller amounts than the huge amounts Axalta provides for FinishMaster's deals with A-list auto body shops in the San Francisco Bay area, and elsewhere as a general pattern and practice. As stated by FinishMaster's able counsel, Mr. Craig Stewart to Nicolosi's counsel Herman Franck, concerning the various business facts alleged in the initial complaint, "Isn't this just the way it is?"

107.    Defendants' conduct in violation of section 17045 was a substantial factor in causing actual injury and damage to Nicolosi Distributing, Inc., in that the discriminatory price program and up-front discount sharing program has substantially contributed to Nicolosi's ability to enter into and compete in the market of A-list auto body shops in the San Francisco Bay Area.

108.     Defendants FinishMaster's and its parent company non-party Uni-Select's designed, developed, and funded this scheme as follows: FinishMaster, Inc. is a wholly-owned subsidiary of Uni-Select. Uni-Select fully exploits the financial benefit of being a publicly-listed company, capable of raising substantial sums of money on the Toronto Stock Exchange, and does so in part with the intent of providing those stock market-raised funds to FinishMaster so that FinishMaster may carry out the various distributor acquisitions/ retirements, and to fund the up-front discounts to A-list collision centers.

109.     This conduct was designed by both defendants to create a super distributor capable of inducing Axalta into giving FinishMaster the special $10 million discount program, and the sharing of up-front monies paid to A-list auto body shops in huge six-figure amounts is secret in that they are done by Axalta and FinishMaster in contract that contain confidentiality clauses prohibiting the three-parts to the contract [Axalta, FinishMaster and the body shop] from disclosing the exclusive dealing contracts [which specify the total up-front payment amount. The economic terms of the contract are a fiercely-guarded secret for FinishMaster and Axalta. As evidence of the secretive nature of these arrangements, FiishMater's production in Alameda County Court proceedings of a copy of the contract was placed under a very strictly-worded protective order, and have been filed under seal in the present action in connection with the preliminary injunction proceedings.

110.     Nicolosi did not learn about the $10 million discount program until it received the anonymous letter [Exhibit B hereto]. It did not know, because it was kept by FinishMaster and Axalta as a secret.

33

111.     These special discounts are in the category of unearned discounts, because FinishMaster does not provide any special technical services or other economic benefits in exchange therefore, other than providing its own portion of the up-front monies paid to the A-list auto body shops.

112.     Plaintiff is in the category of a customer of Axalta, who was disfavored by Axalta when it provides the secret discounts and up-front discount sharing program to Nicolosi's competitor, FinishMaster. This create so-called secondary line injury,

113.     Competition has been injured as a result of defendant's actions, because the secret rebates/unearned discounts are part and parcel to FinishMaster's scheme secure these exclusive supply agreements and foreclose all other distributors from selling to A-list auto body shops.

114.     A substantial amount of commerce is affected by FinishMaster's misconduct.

115.     As a substantial result of defendants' conduct, Plaintiff claims damages in an amount according to proof, but believed to exceed $27 million revenue per year. The up-front monies are provided through arrangement between the paint manufacturer and the distributor. One of the exploitations of FinishMaster's unlawful restraints of trade/exclusive dealings contract is to tie up not only the paint purchases that are the subject of the up-front funding, but to also tie up the non-paint supplies as a bundled-up A-Z exclusive supplier of virtually any supply an auto body shop needs.

116.    The calculations are set forth above in paragraphs 91-95.

117.    In the alternative, plaintiff requests damages equal to the difference between the discounts offered and given to FinishMaster, and discounts offered and given to Nicolosi in an amount according to proof.

118.    Treble damages are available under B&P Code section 17082 as follows:

    a.  Lost revenue: $36 million x 3 = $108 Million

    b.  Lost profits: $7.2 million x 3 = $21.6 million

119.    Plaintiff will and continues to suffer irreparable harm from the above described conduct, which if permitted to continue will leave Plaintiff without an adequate remedy at law. The conduct, if allowed to continue, will also tend to make a judgment ineffectual.

120.    Plaintiff requests injunctive relief pursuant to B&P Code section 17082 as follows:

    a.  Plaintiff request that the Court exercise its equitable powers to issue appropriate injunctive relief requiring defendants to cease from doing, attempting to do, and or enforcing any of the restraints of trade and other unlawful trade practices, including without limitation requiring defendant FinishMaster from offering or paying large, six-figure up-front payments subject to exclusive supply agreements; and to require them to stop the offering or giving of these large up-front payments.

b. An injunction requiring FinishMaster to take appropriate steps to open competition in some substantial part of the submarket being monopolized here for competition, which plaintiff submits should take the form of allowing about 25% of this A-list auto body shop business to go to non-FinishMaster suppliers such as Plaintiff or other non-FinishMaster distributors, or such other injunctive or equitable relief as the Court deems just and appropriate.

c. An injunction requiring FinishMaster to permit auto body shops to purchase its supplies from Nicolosi or other jobbers. If the shop wishes to do so, it may than may do so without penalty to the shop and/or Nicolosi. This solution is offered up as plaintiff's version of a pro-competitive counterweight to the restraints of trade intrinsic in the express, written exclusive supply contracts between FinishMaster and its A-list auto body shops.

d. Further injunction requiring FinishMaster to stop inducing Axalta into providing FinishMaster with the discriminatory $10 million purchase prices discount; and the sharing of the huge six-figure up-front advance discounts to auto body shops.

e. Any other injunctive and other equitable relief as the court deems just and appropriate.

121.    Plaintiff has had to retain an attorney for this action and further requests attorney's fees pursuant to B&P Code sections 17045 and 17082.

Wherefore plaintiff prays for relief as set forth below.

## X.
## SEVENTH CLAIM FOR RELIEF FOR ILLEGAL TYING ARRANGEMENT, IN VIOLATION OF SECTION 1 OF THE SHERMAN ACT, 15 U.S.C. SECTION 1
### [Against all Defendants]

122.    This claim for relief has been dismissed from the case pursuant to the Court's

April 10, 2019 Order Granting Defendants' Motion to Dismiss the First Amended

Complaint with Leave to Amend in Part and Without Leave to Amend in part. Plaintiff

does so without waive of any of its appellate rights as to this claim for relief.


## XI.
## EIGHTH CLAIM FOR RELIEF FOR UNLAWFUL TYING AGREEMENT IN VIOLATION OF CAL. BUSINESS AND PROFESSIONS CODE SECTION 16727
### [Against all Defendants]


123.    This claim for relief has been dismissed from the case pursuant to the Court's

April 10, 2019 Order Granting Defendants' Motion to Dismiss the First Amended

Complaint with Leave to Amend in Part and Without Leave to Amend in part. Plaintiff

does so without waive of any of its appellate rights as to this claim for relief.

# XII.
## PRAYER FOR RELIEF

WHEREFORE PLAINTIFF prays for relief as follows:

1. As to the Fifth, and Sixth Claims for Relief, for compensatory damages substantially caused by defendant's unlawful conduct, in the amount of $36 million or according to proof, or $7.2 in lost profits, or according to proof.

2. As to the Fifth claim for Relief, as a further alternative, plaintiff requests damages equal to the difference between the discounts offered and given to FinishMaster, and discounts offered and given to Nicolosi in an amount according to proof.

3. As to the Fifth Claim for Relief, Plaintiff requests injunctive relief pursuant to 15 U.S.C. section 26 as follows:

   A. An injunction requiring defendant to cease from doing, attempting to do, and or enforcing any of the restraints of trade and other unlawful trade practices, including without limitation requiring defendant FinishMaster from offering or paying large, six-figure up-front payments subject to exclusive supply agreements; and to require them to stop the offering or giving of these large up-front payments.

   B. An injunction requiring FinishMaster to take appropriate steps to open competition in some substantial part of the submarket being monopolized here for competition, which plaintiff submits should take the form of allowing about 25% of this A -list auto body shop business to go to non-FinishMaster suppliers such as Plaintiff or other non-FinishMaster distributors, or such other injunctive or equitable relief as the Court deems just and appropriate.

C. An injunction requiring FinishMaster to permit auto body shops to purchase its supplies from Nicolosi or other jobbers. If the shop wishes to do so, it may than may do so without penalty to the shop and/or Nicolosi. This solution is offered up as plaintiff's version of a pro-competitive counterweight to the restraints of trade intrinsic in the express, written exclusive supply contracts between FinishMaster and its A-list auto body shops.

D. Further injunction requiring FinishMaster to stop inducing Axalta into providing FinishMaster with the discriminatory $10 million purchase prices discount; and the sharing of the huge six-figure up-front advance discounts to auto body shops.

4. As to the Sixth Claim for Relief, plaintiff seeks the following injunctive relief pursuant to B&P Code section 17082:

A. An injunction requiring defendants to cease from doing, attempting to do, and or enforcing any of the restraints of trade and other unlawful trade practices, including without limitation requiring defendant FinishMaster from offering or paying large, six-figure up-front payments subject to exclusive supply agreements; and to require them to stop the offering or giving of these large up-front payments.

B. An injunction requiring FinishMaster to take appropriate steps to open competition in some substantial part of the submarket being monopolized here for competition, which plaintiff submits should take the form of allowing about 25% of this A-list auto body shop business to go to non-FinishMaster suppliers such as Plaintiff or other non-FinishMaster distributors, or such other injunctive or equitable relief as the Court deems just and appropriate.

C.  An injunction requiring FinishMaster to permit auto body shops to purchase its supplies from Nicolosi or other jobbers. If the shop wishes to do so, it may than may do so without penalty to the shop and/or Nicolosi. This solution is offered up as plaintiff's version of a pro-competitive counterweight to the restraints of trade intrinsic in the express, written exclusive supply contracts between FinishMaster and its A-list auto body shops.

D.  Further injunction requiring FinishMaster to stop inducing Axalta into providing FinishMaster with the discriminatory $10 million purchase prices discount; and the sharing of the huge six-figure up-front advance discounts to auto body shops.

5.  Plaintiff requests all other forms of equitable relief available.

6.  Any other injunctive and other equitable relief as the court deems just and appropriate.

7.  As to the Sixth Claim for Relief, for a trebling of damages pursuant to B&P Code sections 17045 and 17082.

8.  As to the Sixth Claim for Relief, for attorney's fees pursuant to attorney's fees pursuant to B&P Code sections 17045 and 17082.

9.  For court costs.

10. For such other further relief as the Court deems just and appropriate.

Respectfully submitted,

//s// Herman Franck

Date: May 13, 2019

Herman Franck, Esq.
Franck & Associates
Attorney for Plaintiff Nicolosi Distributing, Inc.

40

*Nicolosi v. FinishMaster*
Second Amended Complaint

1

## JURY DEMAND

2

PLAINTIFF demands a trial by jury as to all claims for relief triable before a jury.

3

4

Respectfully submitted,

5

6

//s// Herman Franck

7 Date: May 13, 2019

Herman Franck, Esq.

8 Franck & Associates

Attorney for Plaintiff Nicolosi Distributing, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27 41

*Nicolosi v. FinishMaster*

28 Second Amended Complaint

## LIST OF EXHIBITS

Exhibit A: series of excerpts of Economic data from reports

Exhibit B: Anonymous letter received by Tony Nicolosi of Nicolosi Distributing, Inc.

*Nicolosi v. FinishMaster*
Second Amended Complaint

# Exhibit A

MENU

 (/)



# Automotive Coatings Manufacturing - US Market Research Report

Date Published: November 2017

**Smooth finish: The expanding economy will continue to boost industry demand**

The Automotive Coatings Manufacturing industry's performance is expected to trend higher over the five years to 2017. Consumers released pent-up demand for nonessential vehicle alterations and new vehicle purchases in light of rising disposable income, bolstering demand for automotive coatings in the five-year period. The recovery also benefited the Car Body Shops industry (IBISWorld report 81112), which is a major market for automotive coatings manufacturers. In the five years to 2022, industry revenue is anticipated to remain relatively stagnant, in response to declining demand for vehicles at the retail and manufacturing level. When demand for new vehicles slows, vehicle production follows suit...purchase to read more. (/cartv2/default.aspx?pa=retailsummary&rcid=1&rtid=101&entid=4936)

## Industry Statistics & Market Size

| Revenue | Annual Growth 12-17 | Forecast Growth 17-22 |
|---|---|---|
| $8bn | 2.0% | X.X% 🔒 (/cartv2/defaul pa=ksgrowth&ı |

| Profit | Employment | Businesses |
|---|---|---|
| X.X% 🔒 (/cartv2/default.aspx? pa=ksprofit&rcid=1&rtid=101&entid=4936) | 10,348 | 712 |

MENU Market Share of Companies  (/)

PPG Industries  x.x% 🔒 (/cartv2/default.aspx?
pa=majorplayer&rcid=1&rtid=101&entid=4936) (/cartv2/default.aspx?
pa=majorplayer&rcid=1&rtid=101&entid=4936)

# Industry Threats & Opportunities

· Industry demand and revenue were stimulated by heightened consumer and discretionary spending
  levels
· Legislation has put pressure on coatings manufacturers
· The future of the automotive coatings manufacturers is expected to remain stagnant

🛒 PURCHASE OPTIONS (/CARTV2/DEFAULT.ASPX?RCID=1&RTID=101&ENTID=4936)

WHATS IN THIS REPORT

FAQS (/ABOUT/FAQ/)

DOWNLOAD SAMPLE (/GOSAMPLE.ASPX?CID=1&RTID=101)

 WATCH TESTIMONIAL ⓟ





# Industry Report - Industry Products Chapter

MENU

Automotive coatings manufacturers produce various exterior coatings, including basecoats, primers, electrocoats, and clearcoats, for automotive original equipment manufacturers (OEMs) and for the automotive paint aftermarket.BasecoatsA basecoat provides the color, decorative effects and exterior aesthetic for a vehicle. Most companies in this industry produce a wide variety of colors and also offer decorative effects such as micas, aluminum flakes and other pigmentation that add texture or shine to the vehicle's exterior. Basecoats are used on almost every vehicle an OEM produces. The basecoat connects with the clearcoat to form the exterior appearance of the vehicle. As a result, this segment will account for the largest share of revenue in 2017 at roughly 43.0%. Thi...purchase to read more. (/cartv2/default.aspx?pa=reportfragment&rcid=1&rtid=101&entid=4936)

# Additional Insights for the Automotive Coatings Manufacturing Industry

IBISWorld identifies 250 Key Success Factors for a business.The most important for the Automotive Coatings Manufacturing industry are

- Control of distribution arrangements
- Effective cost controls
- Economies of scale

IBISWorld analysts also discuss how external factors such as New car sales and Demand from car body shops in the Automotive Coatings Manufacturing industry impact industry performance..

⚏ PURCHASE OPTIONS (/CARTV2/DEFAULT.ASPX?PA=RETAILADDITIONALINSITES&RCID=1&RTID=101&ENTID

WHAT'S IN THIS REPORT

Industry Products ⌃

**What is the Automotive Coatings Manufacturing Industry?**
This industry manufactures various coating products to decorate and protect automobile surfaces against wear, weather and corrosion. Final products are sold to automotive manufacturers, wholesalers, retailers and auto shops.

**Industry Products**
- Electrocoats
- Primers
- Clearcoats
- Basecoats

**Industry Activities**
- Manufacturing automotive coatings

- Researching and developing automoti
MENMarketing automotive coatings  **IBISWorld** (/)
WHERE KNOWLEDGE IS POWER

Related Reports ︿

**Similar Industries**
- Carbon Fiber & Graphene Manufacturing (/industry-trends/carbon-fiber-graphene-manufacturing.html)
- Essential Oil Manufacturing (/industry-trends/essential-oil-manufacturing.html)
- Fire Extinguisher Manufacturing (/industry-trends/fire-extinguisher-manufacturing.html)
- Paint Remover Manufacturing (/industry-trends/paint-remover-manufacturing.html)
- Titanium Manufacturing (/industry-trends/titanium-manufacturing.html)
- Motor Oil Manufacturing (/industry-trends/motor-oil-manufacturing.html)
- Chlorine Manufacturing (/industry-trends/chlorine-manufacturing.html)
- Titanium Dioxide Manufacturing (/industry-trends/titanium-dioxide-manufacturing.html)
- PTFE (Teflon) Coating Manufacturing (/industry-trends/ptfe-teflon-coating-manufacturing.html)
- Lead Smelting & Refining (/industry-trends/lead-smelting-refining.html)
- Sulfur & Sulfuric Acid Manufacturing (/industry-trends/sulfur-sulfuric-acid-manufacturing.html)
- Disinfectant Manufacturing (/industry-trends/disinfectant-manufacturing.html)

**Supply Chain**
- Car & Automobile Manufacturing (/industry-trends/car-automobile-manufacturing.html)
- Dye & Pigment Manufacturing (/industry-trends/dye-pigment-manufacturing.html)
- Inorganic Chemical Manufacturing (/industry-trends/inorganic-chemical-manufacturing.html)
- Paint Wholesaling (/industry-trends/paint-wholesaling.html)
- SUV & Light Truck Manufacturing (/industry-trends/suv-light-truck-manufacturing.html)
- Truck & Bus Manufacturing (/industry-trends/truck-bus-manufacturing.html)
- Truck, Trailer & Motor Home Manufacturing (/industry-trends/truck-trailer-motor-home-manufacturing.html)

## TABLE OF CONTENTS

About this Industry ⌄

Industry at a Glance ⌄

Industry Performance ⌄

Products & Markets ⌄

Competitive Landscape ⌄

Major Companies ︿

MENU PPG Industries Inc.,  (/)

Table: PPG Industries Inc. - financial performance

Operating Conditions ⌄

Key Statistics ⌄

Jargon & Glossary ⌄

WHAT OUR CUSTOMERS SAY



"You guys get it! You understand the need for a fine level of granularity."

- *VISA*

⟩

WHY BUY THIS REPORT?

The Automotive Coatings Manufacturing industry market report contains strategic analysis of the key drivers influencing the industry. Save hours of time on research and prospecting using IBISWorld's standardized, up-to-date reports on thousands of industries. Our industry research provides growth and profit forecasts for a five-year outlook period, presented in a clear and user-friendly format.

IBISWorld industry market research reports enable you to:
- Find out about key industry trends
- Identify threats and opportunities
- Inform your decisions for marketing, strategy and planning
- Quickly build competitive intelligence

This report on Automotive Coatings Man[...]

MENU Provides Market Size information to [...]ing and strategic decisions.

- Includes the necessary information to perform SWOT, PEST and STEER analysis.
- Helps you understand market dynamics to give you a deeper understanding of industry competition and the supply chain.
- Analyses key performance and operational metrics so that you can benchmark against your own business, that of your customers' businesses, or your competitors' businesses.

The Automotive Coatings Manufacturing market research report includes:
- Historical data and analysis for the key drivers of this industry
- A five-year forecast of the market and noted trends
- Detailed research and segmentation for the main products and markets
- An assessment of the competitive landscape and market shares for major companies
- And of course, much more

IBISWorld reports on thousands of industries around the world. Our clients rely on our information and data to stay up-to-date on industry trends across all industries. With this IBISWorld Industry Research Report on Automotive Coatings Manufacturing, you can expect thoroughly researched, reliable and current information that will help you to make faster, better business decisions.



IBISWorld Testimonial - ADP

# Join IBISWorld today

BECOME A MEMBER (/ABOUT/MEMBERSHIP/)

☒ PURCHASE OPTIONS (/CARTV2/DEFAULT.ASPX?RCID=1&RTID=101&ENTID=4936)

MENU 

Want to speak to a representative? Call us.

📞 1-800-330-3772 (tel:18003303772)   OR   INQUIRE HERE (/ABOUT/IN

**SOLUTIONS**

US Industry Reports (/industry-trends/market-research-reports/)

State Industry Reports (/industry-trends/market-research-reports/states/)

Specialized Industry Reports (/industry-trends/specialized-market-research-reports/)

Global Industry Reports (/industry-trends/global-industry-reports/)

Procurement Research (https://www.procurementiq.com/)

**IBISWORLD INT'L**

Australia (http://www.ibisworld.com.au/)

Canada (http://www.ibisworld.ca/)

China (/industry-trends/international/china-market-research-reports/)

United Kingdom (http://www.ibisworld.co.uk/)

**MORE**

Careers (/careers/)

Industry Insider (/media/)

Contact Us (/about/contact/)

Help & Support (/help/)

**MEMBERSHIP**

Request a Demo (/about/freedemo/)

Newsletter (/about/media/newsletter/)

Login (/about/login/)

**FOLLOW US**

(https://twitter.com/ibisworld)

(https://www.linkedin.com/compa

Copyright © 1999-2018 IBISWorld

Terms of Use (/about/termsofuse/)

Privacy Policy (/about/privacy/)

Sitemap (/sitemap.aspx)

- Magazine
  - Current / Back Issues
  - Features
  - Editorial
  - Columns
  - Digital Edition
  - eNewsletter Archive
  - Editorial Guidelines
  - Subscribe Now
  - Advertise Now
- Breaking News
- Directories
  - Buyers Guide
  - Distributor Guide
  - Corporate Capabilities
  - Trade Associations
  - Add Your Company
- Markets & Technologies
  - Adhesives and Sealants
  - Aerospace Coatings
  - Architectural Coatings
  - Automotive Coatings
  - Automotive Refinish
  - Business Operation
  - Color Trends & Forecast
  - Construction Chemicals
  - Corrosion Control
  - Industrial Coatings
  - Laboratory Equipment
  - Marine Coatings
  - Market Trends & Forecast
  - Powder Coatings
  - Production Equipment
  - Radcure Coatings
  - Special Purpose Coatings
  - Wood Coatings
  - "Green" Coatings
- Raw Materials
  - Additives
  - Binders
  - Pigments
  - Solvents
- Research
  - Africa Report
  - China Report
  - Europe Report
  - Latin America Report
  - Market Research
  - Russian Report
- Top Companies
- Online Exclusives
- Slideshows
- Experts Opinions
- Blog
- Infographics
- Videos
- Podcaste
- Whitepapers
- Jobs
- Microsites
  - Companies
  - White Papers/Tech Papers
  - Product Spec Sheets
  - Equipment
  - Literature/Brochures
  - Videos
- Events
  - Industry Events
  - Live From Show Event
  - Webinars
- About Us
  - About Us
  - Contact Us
  - Advertise With Us
  - Privacy Policy
  - Terms of Use





Market Research

# Global Automotive Refinish Coating Market to Grow at 6.5% CAGR from 2018-2026

Per Credence Research, Inc.



03.07.18
According to the latest report published by Credence Research, Inc. "Automotive Refinish Coatings Market - Growth, Future Prospects and Competitive Analysis, 2018-2026," the g
market was valued at $ 9.49 million in 2017, expanding at a CAGR of 6.5 percent from 2018 to 2026.

## Market Insights
The global automotive refinish coatings market accounted for US$ 9.49 million in 2017 growing with a CAGR of 6.5 percent during the forecast period from 2018 to 2026.

Increasing vehicles sale, easy availability of auto loans and modern lifestyle will drive the market growth over the forecast period. Moreover, rising need for maintenance of premium v
market growth in Asian economies. In India, two wheelers and four wheelers accounts for 25 percent of road crashes leading to increased demand for vehicle repair and maintenance,
drive the overall market. According to road-traffic safety experts, the frequency of traffic collisions in India is highest among other countries, which in turn is surge the overall growth. In
"Skilled India" initiative will create more skilled workers for the automobile maintenance and repair industry, which in turn is projected to supplement the aftermarket growth in the future

Solvent borne technology is witnessing a drop in demand owing to VOC emission. Leading paint and coating manufacturers are shifting from solvent borne technology to waterborne t
regulation limits the emissions of volatile organic compounds by 90 percent owing to the use of organic solvents in decorative coatings and varnishes and vehicle refinishing products.
Implementation of using powder coating/ water borne coating instead of solvent borne coatings for automotive industry. Rising awareness towards reducing VOC emissions in automotive ind
in the near future.

U.S. EPA has regulated the limits of VOC emissions for automotive refinish coatings. For example, the VOC content in primers can be up to 4.8 pounds per gallon whereas for topcoats, con
grey shade primer on automotive body enables to identify the surface irregularities and brings out superior attributes of basecoat. Also, epoxy primers are being widely utilized on account of

Based on geography, North America held a significant share in the global automotive refinish coating market in 2017 with a market share of over approximately 22 percent. Population growth
automotive refinish coatings market in the region. However, as per China Association of Automobile Manufacturers (CAAM) (2016), the Chinese automobile industry is the largest in the work

The growing per capita income of the country has resulted in increased demand for automobiles in the domestic market. In addition, the growing number of luxury brands, such as BMW, has
observe high demand for automobiles due to increasing industrialization coupled with government support for manufacturing vehicles. Therefore, increasing automobile production in countrie



**Mechanism of Abrasion Resistance II**
Research shows PTFE film serves as the nucleation site for the crystallization of wax
Tech Paper Released by Shamrock Technologies, Inc.

Download Tech Paper

Key market players in the global automotive refinish coating market include Axalta Coating Systems, AkzoNobel, BASF SE, Bayer AG, Berger Paints, Clariant, Kansai Paints, KCC Corporati

Browse the full **Automotive Refinish Coating Market** - Growth, Future Prospects and Competitive Analysis, 2018-2026 report at http://www.credenceresearch.com/report/automotive-r

Related Searches

- powder
- akzonobel
- paint
- paints

Suggested For You



Europe Moves Toward Bio-Based, Renewable Resources



BASF Presents Polyurethane Systems, Basic Products, Intermediates at UTECH 2018 in Maastricht



American Coatings Show 2018 Comes to a Successful Conclusion



Resins Market Update



Join the Coatings World International Buyers' Guide for FREE!



DCC Completes REACH Registration for Wide Range of Products

Axalta Coating Systems Presents Plascoat Powder Coatings at Wire 2018



Anti-microbial Coatings Could Provide Opportunities for SMEs in Europe



Axalta Announces 2017 Supplier of the Year Winners



2018 Winter Olympic Athletes Will Sport Axalta Coatings



Shepherd Color Pigments and Kynar: 50
Years of Successful Weathering

Layer by Layer



Axalta Coating Systems Unveils New Global Product Names



Axalta Apps Bring Information, Speed, Efficiency, Accuracy to Users Fingertips

TOP 10
2017

Breaking News

Coatings World's Top 10 Breaking News Stories of 2017



Global Coatings Market Overview

FREE SUBSCRIPTION

Sign up for a FREE Subscription to Coatings
World Magazine!



Pigments Market



Axalta Offers New Fast-Drying Aerosol Topcoats to the Industrial Market



DPOS SURFACTANTS IN EMULSION
POLYMERIZATION OF HYDROPHOBIC
MONOMERS

## Related Market Research

- Breaking News | Market Reports
  **Can Coatings Market Projected to Reach $2,588.9 Million by 2023: P&S Market Research**
  According to the new market research report published by P&S Market Research, the global can coatings market is projected to reach $2,588.9 million by 2023. The ability of cans to
  05.29.18

- Breaking News | Market Reports
  **Persistence Market Research: Automotive Bearing Market to Reach $27.02 Billion by End of 2026**
  Increasing vehicle ownerships, demand for longer lifespan of vehicles and rising automotive maintenance and repair services are main factors influencing the growth of global automo
  the market remains under the influence...
  05.21.18

- Breaking News | Market Reports
  **Freedonia: Demand for Reactive Adhesives, Sealants to Reach £1.3 Billion in 2022**
  Demand for reactive adhesives and sealants is projected to rise three percent per year to £1.3 billion in 2022 (valued at $4.8 billion). The leading reactive adhesive
  and sealant chemistries are silicones, polyurethanes, epoxies, and polysulfid...
  05.08.18

## DPOS SURFACTANTS IN EMULSION POLYMERIZATION OF HYDROPHOBIC MONOMERS





*THE USE OF DIPHENYL OXIDE DISULFONATE (DPOS) SURFACTANTS IN EMULSION POLYMERIZATION OF HYDROPHOBIC MONOMERS*

Whitepaper released by Pilot Chemical

- Breaking News | Market Reports
  **Powder Coatings' Demand in Emerging Economies to Propel Global Market Toward $10 Billion by 2023**
  Frost & Sullivan's recent analysis, Global Powder Coatings Market, Forecast to 2023, finds developing markets such as Asia-Pacific (APAC) and Rest-of-the-World (ROW), following t
  04.26.18

- Breaking News | Market Reports
  **MarketsandMarkets: Automotive Paints Market worth $10.66 Billion by 2025**
  The report "Automotive Paints Market by Type (E-coat, Primer, Basecoat, Clearcoat), Resin (PU, Epoxy, Acrylic), Technology (Solvent, Water, Powder), Paint Equipment (Airless, Ele
  ICE & EVs, Refinish, a...
  04.17.18

- Additives | Breaking News | Market Reports
  **GMI: Composite Adhesives Market to Exceed 850 Kilo Tons Consumption by 2024**
  The sporting goods sector has turned out to be a surprisingly lucrative avenue for composite adhesives market. Sporting goods manufacturers are constantly
  looking for lightweight materials that can improve the performance of athletes and lead to less...
  04.11.18

## Join the International Buyers' Guide for Free!

*Over 307,000 users visited www.coatingsworld.com last year! Extend your business reach and be found by customers and prospects.*

JOIN FOR FREE




Breaking News | Market Reports
### Lucintel Photoinitiator Market Report: Trends, Forecast and Competitive Analysis
Trends, opportunities and forecast in photoinitiator market to 2023 by end use application (paints, inks and adhesives), product type (free radical type, and cationic type), end use appl...
04.03.18

Breaking News | Market Reports
### Freedonia Group: Demand for Cement Additives to Grow 7.2% Annually Through 2022
Demand for cement additives in the US is forecast to expand 7.2% yearly to $2.0 billion in 2022, the fastest rate of increase of any major type of construction chemical.Healthy growth uptake of higher value and better pe...
03.19.18

Breaking News | Market Reports
### Construction Chemicals Market: Current Business Trends & Growth Opportunities 2016-2024
Construction Chemicals Industry Background Construction chemicals market is solely driven by the overall building and infrastructural development activities around the globe. Rapidly flourishing construction market in the Asia Pacific, led by China...
03.09.18



## Shepherd Color Pigments and Kynar: 50 Years of Successful Weathering

*October 2017 marked an amazing milestone in coatings technology. Weathering panels of coatings made with Kynar 500® PVDF resin (Arkema Inc.) and Shepherd Color Company Complex Inorganic Color Pigments achieved 50 years of successful weathering.*



Learn More Shepherd Color Company

Breaking News | Market Reports
### Smart Coatings Market Worth $6.27 Billion by 2022
The market size of smart coatings was valued at $1.75 Billion in 2016 and is projected to reach $6.27 Billion by 2022, at a CAGR of 23.87 percent during the forecast period, according...
03.05.18

Market Reports
### Dimethylolpropionic Acid (DMPA) Market to Grow at Steady CAGR of 6.8% by 2020: FMI Study
Dimethylolpropionic acid (DMPA) is a diol molecule with two hydroxyl groups and one carboxylic group. As carboxylic group acts as a non-active molecule, DMPA turns into a diol. In this free acid group inserts a pol...
02.05.18

Automotive Coatings | Market Reports
### Global Automotive Paint Market Likely to Exhibit a CAGR of 5.7% During 2017-2024
Paints are prepared of three components a carrier agent, pigment and binder. A pigment also known as tint is the color whereas the binder is normally referred as resin, which is thick, adhesive hydrocarbon liquid that hardens when out in the open. A...
02.02.18



Market Reports
### GMI: Leisure Boat Marine Coatings Market worth over $1.9B by 2024
Leisure Boat Marine Coatings Market Size will likely surpass $1.9 billion by 2024; according to a new research report by Global Market Insights, Inc.  High growth in the Asia Pacific tourism sector will augment the leisure boat mari...
01.31.18

Market Reports
### Technavio: Demand from Asian Countries to Boost Global Dicyclopentadiene Market
The global dicyclopentadiene (DPCD) market is expected to grow at a CAGR of more than 5% during the period 2018-2022, according to a new market research study by Technavio. The report categorizes the global dicyclopentadiene market...
01.30.18

Aerospace Coatings | Market Reports | GMI:





## Aerospace Coatings Market to Reach $1 Billion by 2024

Aerospace Coatings Market size is estimated to surpass $1 billion by 2024; according to a new research report by Global Market Insights, Inc. Global aerospace coatings market size
01.18.18



**SunChemical®**
a member of the DIC group

**Breaking News**

- J.D. Power Releases 2018 Home Improvement Retailers Satisfaction Study
- Oxea Increases Neopentyl Glycol, Trimethylolpropane Prices in North America
- Axalta Supports STEM Initiatives Through Academic Motorsports Association of Zurich Collaboration
- Beckers Group Receives EcoVadis CSR Gold Standard
- Axalta Coating Systems Rolls Out Simplified Ordering System

View Breaking News >

**CURRENT ISSUE**
**June 2018**

- Paint India 2018 -- Show
- Something to Build on
- Next-Generation Additiv
- Performance Enhancing
- Metallic Pigments Direc
- Industrial Coatings Mari
- Latin American Econom
View More >

Cookies help us to provide you with an excellent service. By using our website, you declare yourself in agreement with our use of cookies.
You can obtain detailed information about the use of cookies on our website by clicking on "More Information". Got It

Copyright © 2018 Rodman Media. All rights reserved. Use of this constitutes acceptance of our privacy policy The material on this site may not be reproduced, distributed, transmitted, or otherwise used, except with the prior written permission of Rodman Media.

LOGIN    REGISTER

 Research

HOME        MARKET RESEARCH REPORTS        ABOUT US        CONSULTING        CONTACT US

HOME /   CHEMICALS /   AUTOMOTIVE REFINISH COATINGS MARKET BY RESIN TYPE (ACRYLIC, ALKYD, POLYURETHANE, OTHERS (EPOXY, NITROCELLULOSE, ETC.)), BY
TECHNOLOGY (SOLVENT BORNE, WATER BORNE, OTHERS (HIGH SOLIDS AND POWDER)), BY PRODUCT (PRIMER, BASECOAT, TOPCOAT, FILLERS, OTHERS (PUTTY, ACTIVATORS
ETC.)), BY VEHICLE AGE (LESS THAN 5 YEARS, 5 TO 10 YEARS, MORE THAN 10 YEARS) - GROWTH, FUTURE PROSPECTS & COMPETITIVE ANALYSIS, 2018 - 2026

Automotive Refinish Coatings Market By Resin Type (Acrylic, Alkyd, Polyurethane, Others (Epoxy, Nitrocellulose, etc.)), By Technology (Solvent Borne, Water Borne, Others (High Solids and Powder)), By Product (Primer, Basecoat, Topcoat, Fillers, Others (Putty, Activators, etc.)), By Vehicle Age (Less than 5 Years, 5 to 10 Years, More than 10 Years) - Growth, Future Prospects & Competitive Analysis, 2018 - 2026

Published: Mar 2018 | Report Code: 58997-03-18

SUMMARY | TABLE OF CONTENT

### Rising vehicle maintenance and repair expected to bolster the demand for automotive refinish coatings

Automotive refinish coatings market expected to grow with a CAGR of 6.5% during the forecast period from 2018 to 2026. Automotive refinish coatings are products that enhance the appearance of vehicles subjected to accidents and wear & tear damages. Moreover, refinish coatings protect the surface of the vehicle from further damages including UV exposure, stones, debris, pebbles, and extreme temperatures. Rising disposable income and the adoption of newer technologies is expected to propel the market growth in terms of maintenance. China leads the number of road accident fatalities followed by India and Brazil. Lack of proper roads, highways and safety rules in developing countries are the prime cause for the growing number of accidents. Axalta Coating Systems expected to be one of the most prominent player and accounted for a quarter of the market share in 2017. Superior environment friendly corrosion protection waterborne coatings and lush base coats provided by Axalta leads to flawless finish even during toughest weather and variant road conditions.

### Market Synopsis

### Choose License Type

Single User - $4325

BUY NOW

INQUIRY BEFORE BUYING

SAMPLE REQUEST

### Connect With Us

sales@credenceresearch.com

+1-800-361-8290

24/7 Research Support

### Credence Webinars

Join Credence analysts to explore the latest IT Trends

VIEW UPCOMING WEBINARS

| Particulars | 2017 | 2026 |
|---|---|---|
| Automotive Refinish Coating Market (US$ Mn) | 9,484.5 | XX |
| Compounded Annual Growth Rate (%) | | 6.5% |
| Largest Market Segment, by Resin Type (US$ Mn) | Polyurethane-XX | XX-XX |
| Key Growth Market Segment, by Resin Type CAGR % (2018 - 2026) | | XX - XX% |
| Largest Market Segment, by Technology (US$ Mn) | XX-XX | XX-XX |
| Key Growth Market Segment, by Technology CAGR % (2018 - 2026) | | XX - XX% |
| Largest Market Segment, by Product (US$ Mn) | XX-XX | XX-XX |
| Key Growth Market Segment, by Product CAGR % (2018 - 2026) | | XX - XX% |
| Largest Market Segment, by Vehicle Age (US$ Mn) | XX-XX | XX-XX |
| Key Growth Market Segment, by Vehicle Age CAGR % (2018 - 2026) | | XX - XX% |
| Largest Market Segment, by Geography (US$ Mn) | Asia-Pacific-XX | XX-XX |
| Key Growth Market Segment, by Geography CAGR % (2018 - 2026) | | XX - XX% |

**Polyurethane coatings propelling the growth of automotive refinish coating market**

In 2017, polyurethane resins accounted for the major market value and is projected to maintain its dominance throughout the forecast period. Polyurethane resins are widely deployed in automotive refinish coatings owing to their superior properties such as exceptional performance in various environmental conditions as well as resistance to extreme temperatures. Polyurethane allows the paint and coatings to be formulated to superior gloss levels, and thus, offers consistent finish and improved self-cleaning by easy removal of dirt & dust by water. In addition to it, acrylic resins are expected to witness remunerative growth throughout the forecast period owing to its increasing use in paints and coatings due to excellent aesthetics, performance and lower costs in terms of price.



FIG. 1   Automotive Refinish Coatings Market, by Resin Type, 2017 (US$ Mn)

**Waterborne coatings segment to record highest CAGR during the forecast period**

Waterborne technology is superior compared to solvent borne technology on account of properties including environment friendly nature, accurate mixing, easier blending, superior metallic control, higher opacity, lesser product needed and low hazardous waste. Waterborne coatings comprise 80% of water content along with small quantities of solvents including glycol ether. Majorly used waterborne coatings include water-soluble paints, water-dispersible paints, water-based alkyds and emulsions. Adherence to regulations levied in the U.S. and Europe pertaining to the VOC (Volatile Organic Compounds) content in coatings is expected to play a crucial role in driving waterborne coatings market growth. In 2017, solvent borne technology segment held largest market share by value and expected to maintain its position throughout the forecast period. Axaite Coating System is amongst the prominent players offering solvent borne coatings as these coatings contain high level of organic compounds that facilitate quick drying and formation of

regular & durable paint films on automotive surfaces. However, recent, developments in technology and innovation has led to the development of high solid formulations. High solid formulations are widely used owing to high quality finish and reduced emissions expected to provide solutions to paint suppliers and automotive refinishers. High solid coatings are widely used owing to excellent operational benefits including easy color blending along with easy application of thick and thin coats. Growing demand for high solids technology on account of environmental benefits such as low VOC and overspray is expected to spur the market growth.



Basecoat product segment to record highest CAGR during the forecast period

Automotive basecoat formulations, owing to its lower volatile organic compound (VOC) content and low odor is particularly used for interior automotive basecoats, which acts as a prime factor for market growth. Moreover, basecoat widely used as automotive refinish coatings owing to excellent corrosion control, color effects and superior coverage over metallic surface and expected to drive market growth. Automotive basecoat is applied immediately after primers as to provide visual properties, color along with improved aesthetic appeal to the product. Basecoat used in automotive refinish coatings are usually divided into metallic, solid and pearlescent paints. Increasing demand for solid paints in motorcycles, trucks and cars owing to ease of application coupled with basic color effect will fuel market growth. Metallic paint is used in automotive refinishing on account of creating grainy and sparkling effects along with consistent finish to metallic surfaces. Pearlescent paint is final basecoat used in automotive refinishing in order to impart color sparkle and improve the overall look of the automotive product. Activated basecoat creates a cohesive bond with the foundation coat along with glossy finish, thus enhancing the market growth.



5 to 10 Years vehicle age segment to record highest CAGR during the forecast period

Consumers tend to spend less on vehicles on account of rising vehicle prices, costly finance schemes, heavy loan interest rates and financial glitches. Vehicle aged between 5 to 10 years require more maintenance and repair as well as paint works owing to fading color and metallic corrosion. This segment is estimated to witness highest growth rate owing as consumers generally

install aftermarket paints and equipment in their aged vehicles to maintain and provide their vehicles a fresh look. This is expected to be the key aspect for market growth. Built quality of cars and trucks has drastically improved leading consumers to retain their existing vehicles. Moreover, road accidents leads to vehicle damage and thereafter unwanted consequences. Automotive refinish coatings market is expected to witness significant growth in this market segment on account of repairs owing to ageing vehicles, growing road accidents and demand for aftermarket modifications.



FIG. 4    Automotive Refinish Coatings Market, by Vehicle Age, 2017 (US$ Mn)

**Rapid demand for automotive refinish coatings in Asia Pacific projected to catapult the market growth**

North America with key players located there stands distinctly with a significant market share owing to robust manufacturing base and rapid growth of automotive industry, especially, in the U.S. This is projected to augment the demand for vehicle sales and will therefore, drive the need for repair, maintenance and customization over the upcoming years. Asia Pacific, on the other hand is recognized as the fastest growing markets tailing Europe owing to presence of robust manufacturing base of automotive industry in China, Japan and India along with increasing passenger vehicles sales. Less developed road networks, lack of proper security laws and rising need for vehicle maintenance & repair are expected to have a positive impact on the automotive refinish coatings market. However, development and expansion of road networks in China, India and Malaysia amid the commitment of governments towards infrastructure improvement is expected to decrease vehicles accident in the region and expected to restrain the market in the near future.



FIG. 5   Automotive Refinish Coatings Market, by Geography, 2017 (US$ Mn)

**Investment of C140 Million in China, BASF is one of the promising players in the automotive refinish coatings market**

In December 2017, BASF, opened a world scale automotive coatings plant in Shanghai, China valued at Euro 140 million. This expansion complemented the existing production facility of automotive coating plant developed as a joint venture between BASF and Shanghai Huayi Fine Chemical Co., Ltd. This strategic move by BASF will support the growth of performance coatings

business in China. The new plant will help BASF in strengthening its market position in entire Asian economy by increased local production capacity of waterborne coatings and support to customer industries. Other notable players in the market include Nippon Paints, Kansai Paint, Valspar Corporation, KCC Corporation, and Berger Paints.



FIG. 6   Competitive Landscape: Automotive Refinish Coatings Market, 2017

## Historical & Forecast Period

2016 – Historical Year
2017 – Base Year
2018-2026 – Forecast Period

This research report presents the analysis of each segment from 2016 to 2026 considering 2017 as the base year for the research. Compounded Annual Growth Rate (CAGR) for each respective segments are calculated for the forecast period from 2018 to 2026.

## Report Scope by Segments

Automotive refinish coatings market report presents the current market dynamics along with quantitative analysis of the global market. The report elucidates the detailed outline of global automotive refinish coatings market by categorizing the market in terms of resin type, technology, product, vehicle age and geography. The objective of publishing this extensive research report is to aid the chemical and coating professionals and market stakeholders in making better decisions and strategic initiatives in the automotive refinish coatings market.

## Resin Type Segment (2016–2026; Kilotons, US$ Mn)

- Acrylic
- Alkyd
- Polyurethane
- Others (Epoxy, Nitrocellulose, etc.)

## Technology Segment (2016–2026; Kilotons, US$ Mn)

- Solvent Borne
- Water Borne
- Others (High Solids and Powder)

## Product Segment (2016–2026; Kilotons, US$ Mn)

- Primer
- Basecoat
- Topcoat
- Fillers
- Others (Putty, Activators, etc.)

**Vehicle Age Segment (2016–2026; Kilotons, US$ Mn)**

- Less than 5 Years
- 5 to 10 Years
- More than 10 Years

**Geography Segment (2016–2026; Kilotons, US$ Mn)**

- North America
  - United States
  - Canada

- Europe
  - Germany
  - UK
  - France
  - Rest of Europe

- Asia Pacific (APAC)
  - Japan
  - China
  - India
  - Rest of APAC

- Latin America (LATAM)
  - Brazil
  - Mexico
  - Rest of Latin America

- Middle East and Africa (MEA)
  - GCC
  - Rest of MEA



FIG.7   Automotive Refinish Coatings Market

This research report further describes the major qualitative market assessment factors including key market trends, market drivers and restraints, to aid in better understanding of global automotive refinish coatings market. Each market assessment factor including market drivers, challenges and opportunities are extensively explained considering the current market scenario. This report graphically maps the market players based on their market initiatives and strategies, product offering and business strength. Furthermore, the report provides attractive investment proposition based on the extensive geographical research. Key players profiled in the report include Axalta Coating Systems, AkzoNobel, BASF SE, Bayer AG, Berger Paints, Clariant, Kansai Paints, KCC Corporation, Nippon Paints, PPG Industries, and Valspar Corporation.

**Key questions answered in this report**

- What are the current market trends in the automotive refinish coatings market and valuable opportunities for the players?
- How the regulatory framework affects the global as well as the regional markets?
- Which are the prominent technologies and recent innovations in the market?
- Which is the most successful business model implemented in the market?
- How does the regulations over the volatile organic compound emissions from automobile refinishing affect the overall market?
- What is the market size and trend in emerging markets such as China, India and Brazil?
- Which are the prime coatings consumed among different geographies?
- Which is the most promising upcoming technology?

REQUEST FOR CUSTOMIZATION          SAMPLE REQUEST

## Our Clients

 

### Subscribe to Newsletter

YOUR EMAIL

Credence Research

### Quick Links

About Us
Contact Us
FAQs
Testimonials
Press Releases
Industry Updates

### Other Links

Privacy Policy
Disclaimer
Our Clients

### Contact Information

105 N 1st ST #429, SAN JOSE, CA 95103, United States

sales@credenceresearch.com

+1-800-361-8290

©2017 Credence Research. All Rights Reserved.

# Exhibit B

Tony Nicolosi
Nicolosi Distributing, Inc. of San Jose
1758 Junction Ave., Suite F
San Jose, CA 95112

Dear Tony –

I saw your recent lawsuit against Finishmaster.  Good for you and keep up the fight!

I believe the real lawsuit is against Axalta and Finishmaster.  Having worked with DuPont and Axalta for many years, now retired, I believe the lawsuit that independent distributors have against the paint companies is that Axalta is offering large discounts and rebates to national Distributors like Finishmaster, Wesco, etc. to get to their monthly number.  This is on top of all of the other truckload discounts, etc. that are available to all Distributors.  When was the last time that you have received a call from Axalta giving you a special discount in exchange for an order...for 10-15% more.  Now you wonder how FM and others buy all of the deals in your market, stay profitable and continue to acquire distributors.  Just listen to the last few Uni-Select Analyst call and FM refers to the reduced amount of special buys compared to last year.  Again, how many special buys do you think the traditional distributor got from Axalta last year...like you.  Zero.

The calls go like this:  If you place and order for $10 million and it ships by month-end, you will receive and extra 10% discount.  That is a big differentiator that is not available to all Distributors.  They then take that money and put independent distributors out of business.

I know for a fact that over 70% of Axalta's special buys to get their sales number is to FM over the last 5 years.  I believe if you start digging into this, you will start to see the paint company really get nervous.  It is an automatic settlement.  I guarantee it.  Hopefully it will lead the way for other distributors to address the issue with their paint company.

The attorney for Axalta says that they will make that discount available to any distributor *if they ask*, but that is highly illegal.  Same pricing options need to be available to all distributors and announced equally.

I believe this is the biggest problem for the independent distributor.  Your lawsuit is good, but it is the outcome of the backend deals.

CLEVELAND OH 440

04 SEP 2018  PM 7 L

Tony Nicolosi
Nicolosi Distributing, Inc.
1758 Junction Avenue, Suite F
San Jose, CA  95112

95112-102278