

FILED

OCT 02 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NICOLOSI DISTRIBUTING, INC., | No.   19-16850 |
| Plaintiff-Appellant, | D.C. No. 5:18-cv-03587-BLF |
| v. | Northern District of California, San Jose |
| FINISHMASTER, INC.; UNI-SELECT, INC., | ORDER |
| Defendants-Appellees. | |

Appellant's motion to dismiss this appeal (Docket Entry No. 6) is granted.

Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on

appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Mary G. Schlepp
Deputy Clerk

mgs/mediation